STATE v. TAYLOR

No. 50PC

Case below: 51 NC App 248

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 May 1981.


STATE v. THOMPSON

No. 36PC

Case below: 50 NC App 484

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 May 1981.


STATE v. TILLETT & STATE v. SMITH

No. 123

Case below: 50 NC App 520

Motion of Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 May 1981.


STATE v. TYNER

No. 3PC

Case below: 50 NC App 206

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 5 May 1981.


STATE v. WITHERS

No. 42PC

Case below: 50 NC App 547

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 May 1981.